AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:18 pm Oct 08 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.  1:21MJ2350 |
| Brandon Thomas Kern | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   October 6, 2021-October 7, 2021   in the county of   Cuyahoga   in the
  Northern   District of   Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2423(b) | did knowingly travel in interstate commerce, from the State of New York to the State of Ohio, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

SA Lisa M. Hack, FBI
*Printed name and title*

Sworn to via telephone after submission
by reliable electronic means  [Fed. R. Crim. P. 4.1]

Date:   **Oct 8, 2021**

*Judge's signature*

City and state:       Cleveland, Ohio            David A. Ruiz, U.S. Magistrate Judge
*Printed name and title*