FILED
OCT 28 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | **JUDGE OLIVER** |
| | ) | |
| v. | ) | CASE NO. 1:21 CR 774 |
| | ) | |
| BRANDON THOMAS KERN, | ) | Title 18, United States Code, |
| | ) | Sections 2422(b), and 2423(b) |
| Defendant. | ) | |

COUNT 1
(Enticement, 18 U.S.C. § 2422(b))

The Grand Jury charges:

1. From on or about September 15, 2021, through on or about October 7, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, BRANDON THOMAS KERN, did knowingly use facilities and means of interstate and foreign commerce, that is, a cellular phone with Internet connectivity, to attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, a thirteen (13) through fourteen (14) year-old girl, to engage in illegal sexual activity with him, in violation of Title 18, United States Code, Section 2422(b).

COUNT 2
(Interstate Travel to Engage in Illicit Sexual Conduct,
18 U.S.C. § 2423 (b))

The Grand Jury further charges:

2. On or about October 7, 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, BRANDON THOMAS KERN, did knowingly travel in interstate commerce, from the State of New York to the State of Ohio, for the purpose of engaging in illicit

sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, that is, a fourteen (14) year old girl, in violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.