To the Honorable Judge Oliver,

I, Brandon's mother, am writing to you with the saddest of hearts, to try to shed some light on what type of person Brandon really is. I unfortunately am at a loss because the Brandon that I have witnessed for his entire life has not been the person that would be in a situation that would require me to write a letter of this sort.

I can tell you of the Brandon that I know. Words that come to mind if describing him would be funny, intelligent and caring. Someone who has always been respectful and caring to both his peers and elders. An avid vegetarian and animal lover with a kind heart that has always gone out of his way to rescue any animal in danger. Brandon is a talented cook, an incredible craftsman in many areas of construction, very athletic and interested in the world around him. One of his professors at school said to him "you broke math" after solving a problem in a new way. He always had a gift for figuring out new ways to do things. He always has several inventions in his head. He could have been someone who affected the world in such a positive way.... and I truly expected him to.

There have been disappointments in his life and he made it through them without a complaint. I know being home all day long through Covid did not help his mindset, but this all has come as a total shock to our family. I wish that with some help he can get back to being the Brandon that I knew him to be, and that anyone would benefit from knowing.

I can not end this without appealing to you to please find it in your heart to sentence him in a manner that will not attach a stigma to him for the rest of his life anywhere he moves to, as it is my prayer that he will one day be able to have a family of his own.

Respectfully,

*Rana Costanzo*

Rana Costanzo ( the Mom )



Exhibit A

Scanned with CamScanner