To the Honorable Judge Oliver,

   My name is Edward Costanzo. I am Brandon Kern's Dad. Brandon is technically my stepson, however I only consider him to be my real son. Brandon was 3 years old when he came into my life. He was always such a good kid and grew into a great young man, never causing any trouble. Unlike most teens in our town Brandon never even had a drink. He always helped around the house.

   When in high school on weekends and in the summertime Brandon would often help me on my jobsites. I own General Brick Designs, a brick and stone mason company. Brandon was well liked by my workers and often my customers would comment and say that Brandon was a hard worker and a nice person.

   Brandon is respectful, a hard worker, an animal lover and has always been trustworthy, When given any rask he would never say no. Brandon has always been a kind caring person and loved deeply by his family.

   I am saddened and disappointed in the decisions Brandon has made, but I still feel that he is a good person. Thank you.

Respectfully,

*Edward Costanzo*

Edward Costanzo, Brandon's Dad
Cell (516)818-8036



Exhibit B

Scanned with CamScanner