To The Honorable Judge Oliver,

  My name is Samantha Lake Costanzo. I am Brandon's sister. I am nineteen and currently going to school for business management and acting. Brandon, my parents and I are all a very close knit family, the type of family that eats a really nice vegetarian dinner together every night. Often a dinner that Brandon had some part in preparing, since he loves to cook.

  Brandon and I are very used to going on short day trips with our Mom and Dad, both in the back seat arguing about what movie would be best to watch on our way out to the Eastern end of Long Island where all the animal farms are, or organic strawberry picking but he ALWAYS, let me watch what I wanted and he would suffer through some Barbie movie or whatever I chose. That is the way I think of my brother, someone who always tries to help and just make everything go smoothly around him.

  When we were building our home in 2016 I remember all the plumbers and electricians, and cable wiring companies throughout our house all coming to Brandon with problems and he would solve them all. When I think of what type of person Brandon is I just feel like he goes out of his way to help. If I ever can't do anything and need help I would call Brandon. Him leaving so suddenly has been really hard on me in so many ways. I miss my brother.

Respectfully,

*Samantha Lake Costanzo*

Samantha Lake Costanzo



Exhibit C

Scanned with CamScanner