James Hayes

PO Box 3

Speonk, NY 11972

Jph1101@aol.com

July 14, 2023

To The Honorable Judge Oliver,

My name is James Hayes, I have been a member of law enforcement for more than 35 years. I am writing to offer a glimpse of who Brandon is, and that is someone who is far more than the offense he pied guilty to. I have known Brandon Thomas Kern for over a decade. I met Brandon through his stepfather Edward Costanzo, a close friend. I have only known Brandon to be hardworking, helpful, honest, caring and respectful.

I had the opportunity to get to know Brandon better during the renovation of the family home in Bayport a few years ago. I was at the home numerous times during the construction going over the completed work as well as the future work schedule with both Brandon and Eddie. During that time, I observed Brandon's interaction with both his family and the construction crews, and his character was beyond reproach. His concern for his parents led him to take on construction management tasks to take on some of the stress associated with renovations. I observed Brandon doing simple things, such as running errands for his mother or interacting with construction crews for his dad. All of which were done out of the love and respect Brandon has for his family.

That being said, I am very shocked and disappointed in the decisions Brandon made that has led him to his current situation. I know the Federal Sentencing Guidelines, although not mandatory, provide the court with recommendations, and I realize how significant the possible sentence could be. I hope that you will find Brandon's life and work to warrant a low sentence.

Thank you for your time in this matter.

Yours truly,

*James Hayes*

James Hayes

Exhibit D

Scanned with CamScanner