Salvatore F. Camarda

6 Victoria Lane

Manorville, NY 11949

631-922-1004

Salcpyro@yahoo.com

July 26, 2023

To: The Honorable Judge Oliver,

My name is Sal Camarda and I have been employed in law enforcement for over 30 years. I am writing this letter on behalf of Brandon T. Kern who I know to be a hardworking, respectful and kind person. I have known Brandon of over 10 years. He is the son of a good friend of mine, Edward Costanzo, who I have known for almost 30 years.

Brandon has been to my home numerous times with his father during several construction projects. He was always very respectful to my wife and me. He showed care in his work as well as for our property. He was a hard working person and always willing to help his father with whatever he needed. I had conversations with Brandon, while he was over, about his college plans and his passion for football. I have also spent time at Brandon's home in Bayport. I saw how Brandon interacted with his father, mother and sister. He was always respectful to them and a genuinely a good son and brother, offering rides to school for his sister and to run errands for his parents.

Thank you for allowing me the opportunity to write this letter. Although I don't agree with the poor decisions Brandon has made, I still believe Brandon to be a good human being and if given the opportunity, can be a productive member of society. I hope you will take this writing into consideration when sentencing Brandon. Thank you.

Respectfully,

*Salvatore F. Camarda*

Salvatore F. Camarda

Exhibit E